THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TYLER WESCOTT,<br><br>          Plaintiff,<br><br>     v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>          Defendant. | CASE NO. C20-0852-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation to extend the deadline to complete discovery to February 15, 2021 (Dkt. No. 15). The stipulation is GRANTED. It is hereby ORDERED that the discovery cut-off date is extended to February 15, 2021. All other dates in the Court's Scheduling Order (Dkt. No. 14) remain unchanged.

DATED this 30th day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER, C20-0852-JCC
PAGE - 1