THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TYLER WESCOTT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>　　　　　　Defendant. | CASE NO. C20-0852-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation for an order of dismissal (Dkt. No. 19). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if a notice of a stipulation of dismissal is signed by all parties who have appeared. The instant stipulation meets this requirement and, accordingly, is self-executing. Fed. R. Civ. P. 41(a)(1)(A). This action is therefore DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

//

//

//

//

MINUTE ORDER, C20-0852-JCC
PAGE - 1

1 | DATED this 25th day of February 2021.

William M. McCool<br>
Clerk of Court

s/Paula McNabb<br>
Deputy Clerk